AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-23-872-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Patrick T. Britton-Harr</u> was received by me on *(date)* _____.

[X] I personally served the summons on the individual at *(place)* <u>32 Cornhill St, Annapolis, MD 21401-1706</u> on *(date)* <u>Mon, Oct 09 2023</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$99.35</u>.

I declare under penalty of perjury that this information is true.

Date: 10/10/2023

*Server's signature*

Paul Koch

*Printed name and title*

8145-N Baltimore Ave Suite 195, College Park, MD 20740-2431

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 9, 2023, 9:20 am EDT at Home: 32 Cornhill St, Annapolis, MD 21401-1706 received by Patrick T. Britton-Harr. Age: 39; Ethnicity: Caucasian; Gender: Male; Weight: 195; Height: 5'10"; Hair: Brown; Other: Unknown ;

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) PRIME AIRCRAFT & AVIATION, LLC )<br>)<br>)<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>(1) AEROVANTI AIRCRAFT, LLC )<br>(2) AEROVANTI BROKERAGE, INC. )<br>(3) PATRICK T. BRITTON-HARR )<br>)<br>Defendant(s).  ) | Case No. CIV-23-872-R |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Patrick Britton-Harr
32 Cornhill Street
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Craig E. Brown
Morgan, Brown & McCormick, PLLC
1004 NW 139th Street Parkway
Edmond, OK 73013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
1:26 pm, Oct 04, 2023
CARMELITA REEDER SHINN, Clerk
By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*