AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-23-872-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **The Corporation Trust Company** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Aerovanti, Inc.**
_____ on *(date)* **10/18/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date:  10/24/2023                         /s/ Craig E. Brown
                                           *Server's signature*

                                          Craig E. Brown
                                          *Printed name and title*

                                          1004 NW 139th Street Parkway
                                          Edmond, OK 73013
                                          *Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Aerovanti, Inc.<br>RA: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED OCT 18 2023 CT CORPORATION |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7861 2234 3181 11 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☒ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0002 0134 8287 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| (1) PRIME AIRCRAFT & AVIATION, LLC )<br>)<br>)<br>)<br>Plaintiff(s),           )<br>)<br>v.                                                            )<br>(1) AEROVANTI AIRCRAFT, LLC              )<br>(2) AEROVANTI BROKERAGE, INC.         )<br>(3) PATRICK T. BRITTON-HARR            )<br>(4) AEROVANTI, INC.                              )<br>         Defendant(s).                         ) | Case No. CIV-23-872-R |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aerovanti, Inc.
RA: The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig E. Brown
Morgan, Brown & McCormick, PLLC
1004 NW 139th Street Parkway
Edmond, OK 73013

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*