# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) Prime Aircraft & Aviation, LLC,** )<br>)<br>**Plaintiff,** )<br>vs.    )<br>)<br>**(1) Aerovanti Aircraft LLC** )<br>**(2) Aerovanti Brokerage, Inc.** )<br>**(3) Patrick T. Britton-Harr** )<br>**(4) Aerovanti , Inc.** )<br>)<br>**Defendants.** ) | **Case No. 23 cv-000872-R** |

## ENTRY OF DEFAULT AGAINST DEFENDANT AEROVANTI, INC.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against Defendant, Aerovanti, Inc. in Oklahoma City, Oklahoma on _____.

                                         Carmelita Reeder Shinn, Clerk of Court
                                         United States District Court
                                         Western District of Oklahoma

                                         By: _____
                                                      As Deputy Clerk

Copies furnished to:

Counsel of Record