DocuSign Envelope ID: 3A98C914-60FB-4943-BABA-ADF6D03EDF8D

TK022051 Conveyance Recorded Feb/25/2023 06:53 AM FAA

# UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

## AIRCRAFT BILL OF SALE

FORM APPROVED
OMB NO. 2120-0042

FOR AND IN CONSIDERATION OF $1+OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

**UNITED STATES REGISTRATION NUMBER:** **N888WE**

**AIRCRAFT MANUFACTURER & MODEL:** Gulfstream Aerospace G-1159A*

**AIRCRAFT SERIAL No.:** 394

DOES THIS 9 DAY OF November 2022 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write in This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Prime Aircraft & Aviation  LLC
300 Vista Lane
Edmond, OK 73034

DEALER CERTIFICATE NUMBER

AND TO THEIR SUCCESSORS ~~EXECUTORS, ADMINISTRATORS,~~ AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF  I  HAVE SET  MY  HAND AND SEAL THIS  9  DAY OF  November  2022

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| AeroVanti Brokerage Inc | *Patrick Britton-Harr* (DocuSigned) —7A83538352A0432... | Secretary |
| | Patrick Britton-Harr | |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL:
AC  Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

*with two (2) Rolls-Royce Deutschland Ltd & Co KG Spey 511-8 Engines, Serial Numbers 11204 and 11205


EXHIBIT 1

FILED WITH FAA
AIRCRAFT
REGISTRATION BR

2022 NOV 10 AM 7:52

OKLAHOMA CITY
OKLAHOMA