UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL**

**TUESDAY, JUNE 4TH, 2024**

**NOTICE TO ALL COUNSEL**:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later than Friday, May 24th, 2024.**

The Status/Scheduling Conference will be conducted via conference call. Participation in this conference call by at least one attorney of record for each party is mandatory. Failure to appear may result in sanctions.

To participate in the conference call, dial **888-684-8852**.  When prompted, enter the access code **1763316**.

**9:00 a.m.**
CIV-23-872-R          Prime Aircraft and Aviation LLC          Craig E. Brown
                                                                                                  Evan A. McCormick

                               -v-

                               Aerovanti Aircraft LLC et al          Colin H. Tucker

**9:15 a.m.**
CIV-24-172-R          Lowell Dewberry et al          Kristen M. Merritt

                                                                                                  Matthew M. McGrew
                                                                                                  Michael D. McGrew
                                                                                                  Robin D. McGrew

                               -v-

                               Travelers Personal Insurance Company          Darrell W. Downs
                                                                                                  Jacob R. Daniel

**9:30 a.m.**
CIV-24-339-R          Phyllis Stephens et al          A. Laurie Koller
                                                                                                  Ashley H. Leavitt
                                                                                                  Ben D. Baker
                                                                                                  Levi Benjamin Baker

                               -v-

                               State Farm Fire and Casualty Company          Jed W. Isbell
                                                                                                  Robert D. James
                                                                                                  Rob James

**<u>9:45 a.m.</u>**

CIV-24-409-R      William Bradley et al                            J. Drew Houghton
                                                                              Liberty Ritchie
                                                                               Micah B. Cartwright

                                -v-

                                State Farm Fire and Casualty Company    Kathryn D. Terry
                                                                                              Kelsey A. Chilcoat